IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

LINDA WILLIAMSON, also          )
known as LINDA WEST,            )
                                )
    Petitioner,                 )
                                )   CIVIL ACTION NO.
    v.                          )     2:04cv1220-MHT
                                )          (WO)
UNITED STATES OF AMERICA,       )
                                )
    Respondent.                 )

JUDGMENT

Counsel for respondent having orally informed the court that respondent does not object, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner's motion to withdraw (doc. no. 10) is granted.

(2) Petitioner's motion for habeas relief pursuant to 28 U.S.C.§ 2255 (doc. no. 1) is withdrawn and this cause is dismissed in its entirety without prejudice.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 8th day of December, 2006.**


                                              /s/ Myron H. Thompson
                                              **UNITED STATES DISTRICT JUDGE**